# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO. 2:12CV00110-SA-JMV**

**ROBERT STEVEN POWELL, ET AL.**                                      **DEFENDANTS**

## ORDER

Before the court is *pro se* Defendant Peggy Powell's Motion to Dismiss for failure to state a claim and for Additional Time [4]. Specifically, Powell seeks dismissal of this lawsuit and "an additional 30 days to further respond to this lawsuit so that she can retain a lawyer to represent her in this matter." The court has thoroughly considered the motion and finds that Powell's motion to dismiss is within the purview of the district judge and will be referred accordingly. Moreover, Powell is hereby advised that any request for additional time with regard to briefing of the motion to dismiss–including filing a reply to any response by Plaintiff–should be directed to the district judge.

With regard to Powell's request for additional time to secure counsel, the motion is **GRANTED** to the extent it relates to the attorney and case management conferences and initial disclosure requirements. Accordingly, said deadlines are hereby **STAYED** for thirty (30) days, within which counsel for Peggy Powell shall enter a formal appearance or Powell shall notify the court in writing of a decision to proceed without counsel.

**SO ORDERED** this the 26th day of September, 2012.

                                                                       **/s/ Jane M. Virden**
                                                                       UNITED STATES MAGISTRATE JUDGE